UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| CHELLCRISE MENDOZA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:21-cv-00409-TWP-DML |
| | ) | |
| PARTNER'S AND HOUSING, KASLEY CARROLL, MONICA LAMBERT, and LAVONTA SMITH, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**ENTRY DISMISSING ACTION AND
DIRECTING ENTRY OF FINAL JUDGMENT**

In the Entry of March 5, 2021, the Court screened the Complaint and explained that it is subject to dismissal for lack of jurisdiction pursuant to 28 U.S.C. § 1915(e)(2)(B) because of deficient pleadings (Filing No. 6). The Court gave the Plaintiff an opportunity to amend her Complaint no later than April 7, 2021, and show cause why this case should not be dismissed because of a lack of subject-matter jurisdiction.

The Plaintiff has not responded to the show cause Order and has not filed an amended complaint to cure the jurisdictional deficiencies of her initial Complaint. Thus, Plaintiff has failed to show cause why this case should not be dismissed for a lack of jurisdiction. Accordingly, for the reasons discussed in the prior Entry (Filing No. 6), this action is **dismissed for lack of jurisdiction**. *See* 28 U.S.C. § 1915(e)(2)(B). Final judgment consistent with this Entry will be issued under separate order.

**SO ORDERED.**

Date: 4/19/2021

*Hon. Tanya Walton Pratt, Chief Judge*
United States District Court
Southern District of Indiana

Distribution:

CHELLCRISE MENDOZA
245 West 38th Street
Indianapolis, IN 46208